Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-0295RSM |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO FILE A CONSOLIDATED RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS IN EXCESS OF 12 PAGES |
| COREY WIRSZ, | |
| Defendant. | |

THE COURT, having reviewed the motion by the United States, and based upon a review of the files and records herein, hereby

ORDERS that, pursuant to CrR 12(c)(6), the United States is granted permission to file an over-length response to defendant's motions to suppress.

Dated this 22nd day of February, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

NORMAN M. BARBOSA
Assistant United States Attorney

CATHERINE L. CRISHAM
Assistant United States Attorney

ORDER GRANTING GOVERNMENT'S MOTION TO FILE
A CONSOLIDATED RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS
IN EXCESS OF 12 PAGES/Wirsz
CR07-0295RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970