Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 07-0295 RAJ |
| Plaintiff, | ) | |
| vs. | ) ) ) | ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL |
| COREY WIRSZ, | ) ) | |
| Defendant. | ) ) | |

THE COURT has considered the Defendant's motion to continue the trial in this case. The Court finds that the ends of justice will be served by ordering a continuance in this case until April 7, 2008, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

THE COURT further finds that the period of time from the current trial date of March 17, 2008 until the new trial date of April 7, 2008 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(I) and (iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued from March 17, 2008, to April 7, 2008.

//

//

(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE TRIAL DATE/WIRSZ, CR 07-295 RAJ

-1-

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that the period of time from the current trial date of March 17, 2008, up to and including April 7, 2008, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DONE this 17th day of March, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

s/ *Norman M. Barbosa*
Norman M. Barbosa
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4937
Facsimile: (206) 553-0755
E-mail: norman.barbosa@usdoj.gov

s/ *Catherine L. Crisham*
Catherine L. Crisham
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-8451
Facsimile: (206) 553-0755
E-mail: catherine.crisham@usdoj.go

(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE TRIAL DATE/WIRSZ, CR 07-295 RAJ
-2-

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970